UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOICE GATEWAY II, LLC et al,

    Plaintiffs,

v.

                              CASE NO. 1:23-cv-1361

CIG CAPITAL LLC et al,

                              HON. ROBERT J. JONKER

    Defendants.
_____/

## **ORDER**

    In the interest of facilitating prompt resolution of this case, and the parties having voluntarily selected facilitative mediation, this matter shall be submitted to facilitative mediation. The parties have selected Lee Silver to serve as mediator (ECF No. 60). A Notice shall issue regarding the method and schedule for the mediation conference.

Dated:   February 13, 2025           /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE