# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-1361 | Choice Gateway II, LLC, et. al. v. CIG Capital, LLC, et. al. | 03/11/2025 |

**PARTIES**      Attendees

| Name | On Behalf Of |
|---|---|
| Vishall Samtani | Plaintiff |
| Visby Samtani | Plaintiff |
| Joshua Leu | Defendant |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Aaron Kappler | Plaintiff |
| Jeffrey Reynolds | Plaintiff |
| Michael Price | Plaintiff |
| Amy Murphy | Defendant |
| Joshua Zipper | Defendant |
|  |  |
|  |  |

Result:  
[✔] Case settled in part* - Final paperwork will be filed: _____  
[ ] Mediation continuing - Date of Next Session _____  
[ ] Not settled - Mediation Completed

Dated: March 24, 2025     By:  /s/ Lee T. Silver  
                               Lee T. Silver  
                               Mediator

* The case is settled in part. The remaining portion of the case will be submitted to binding arbitration.