## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**CHOICE GATEWAY II, LLC**, and
**SUVARNA, LLC,**

      Plaintiffs,

v.

**CIG CAPITAL, LLC,** a/k/a CIG CAP, LLC,
**CHARLES D. CAREY**, and
**JOSHUA LEU**,

      Defendants, **et al.**
_____/

Civil Action No. 1:23-cv-1361

Hon. Robert J. Jonker

Magistrate Judge Phillip J. Green

### **UNOPPOSED MOTION TO ENTER CONSENT JUDGMENT**

COME NOW Plaintiffs/Counter-Defendants and hereby move this Court to enter the Consent Judgment attached hereto as Exhibit "A". Pursuant to Local Rule 7.1(d)(i), this motion is unopposed as evidenced by Defendants' counsels' signatures affixed to the Consent Judgment.

Date: June 19, 2025

        Respectfully submitted,

        THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.

        */s/ Aaron M. Kappler*
        Aaron M. Kappler (GA-272533)
        2 Sun Court, Suite 400
        Peachtree Corners, Georgia 30092
        (770) 925-0111
        akappler@tokn.com
        *Attorney for Plaintiffs/Counter-Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Date: June 19, 2025

                                            Respectfully submitted,

                                            THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.

                                            */s/ Aaron M. Kappler*
                                            Aaron M. Kappler (GA-272533)
                                            2 Sun Court, Suite 400
                                            Peachtree Corners, Georgia 30092
                                            (770) 925-0111
                                            akappler@tokn.com
                                            *Attorney for Plaintiffs/Counter-Defendants*