UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOICE GATEWAY II, LLC et al,

      Plaintiffs,

                                                  CASE NO. 1:23-cv-1361

v.

                                                  HON. ROBERT J. JONKER

CIG CAPITAL LLC et al,

      Defendants.

_____/

## ORDER

This matter is before the Court on a Consent Motion (ECF No. 64) and an Amended Consent Motion (ECF No. 66) for entry of Judgment in favor of Choice Gateway and Suvarna, and against CIG Capital, in the amount of $7.6 million.   The Judgment by consent resolves all claims and defenses between Choice Gateway and Suvarna, on the one hand, and CIG Capital on the other hand.   The only other claims in the case are by Choice One and Suvarna against individual defendants Carey and Leu, and the parties have agreed to submit those to binding arbitration, leaving nothing for this Court to address on them at this time.   Depending on the results of the arbitration, the parties may seek entry of an amended Judgment incorporation the results of the arbitration.

After reviewing all matters of record, the Court now **DISMISSES** the claims of Choice Gateway and Suvarna against defendants Carey and Leu **WITHOUT PREJUDICE** because the parties have agreed to submit those claims to binding arbitration, leaving nothing for the Court to resolve on them.   The Court also **GRANTS** the Motion and Amended Motion for entry of Consent Judgment, though the Rule 54(b) recital will be unnecessary because the Court can enter

a Final Judgment based on the information currently of record. The Court will retain jurisdiction to enforce the terms of the Judgment and the underlying Settlement Agreement.

**IT IS SO ORDERED.**


Dated:   July 30, 2025                          /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE