UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOICE GATEWAY II, LLC et al,

    Plaintiffs,

v.

CIG CAPITAL LLC et al,

    Defendants.
_____/

CASE NO. 1:23-cv-1361

HON. ROBERT J. JONKER

## **FINAL JUDGMENT**

Based upon the Court's Order of this date, and all matters of record, the Court enters Final Judgment resolving all claims and defenses against all parties on the following terms:

1. Judgment is entered by consent in favor of Plaintiffs/Counter-Defendants and against CIG CAPITAL, LLC in the amount of $7,600,000.00 (seven million, six-hundred thousand dollars), plus post judgment interest as allowed by law.

2. The claims of Plaintiffs against Defendants Carey and Leu are dismissed without prejudice because the parties have agreed to submit them to binding arbitration.

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment and the Settlement Agreement leading to it.

**IT IS SO ORDERED.**

Dated:  July 30, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE